LEON BAUER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. 141–149 CEDAR LANE HOLDING CO., INC., DEFENDANT-RE-SPONDENT.

See same case below : 42 *N. J. Super.* 110.

*Mr. Herbert A. Chary* for the petitioners.

*Messrs. Losche & Losche* for the respondent.

December 10, 1956.   Granted.

CLEFF REALTY CO., INC., PLAINTIFF-PETITIONER, v. CITY OF JERSEY CITY, *ET AL.*, DEFENDANTS-RESPOND-ENTS.

See same case below :   41 *N. J. Super.* 465.

*Mr. James A. McTague* for the petitioner.

*Mr. James A. Tumulty, Jr., Mr. Leo Rosenblum* and *Mr. Christian Bollermann* for the respondents.

December 10, 1956.   Denied.